[No. 26707-5-III.  Division Three.  December 16, 2008.]

RODNEY FRANCIS ET AL., *Appellants*, v. CHANDLER ENTERPRISES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-2-01083-2, Robert N. Hackett, Jr., J., entered November 28, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26822-5-III.  Division Three.  December 16, 2008.]

ELIZABETH HALLER ET AL., *Appellants*, v. THE CITY OF SPOKANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-00960-9, Salvatore F. Cozza, J., entered January 7, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 59429-0-I.  Division One.  December 22, 2008.]

*In the Matter of the Marriage of* DESIRE WIELDRAAYER, *Respondent*, and CAMERON WIELDRAAYER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 05-3-00383-7, Alan R. Hancock, J., entered December 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59582-2-I.  Division One.  December 22, 2008.]

*In the Matter of the Personal Restraint of* GLEN EDWARD THOMAS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.